FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-1390 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ARA SARKISYAN ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District, CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _prior violation of supervision; failure to appear at court proceeding in 2018; warrants_

```
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c). This finding is based
        on:_____
        _____
        _____
        _____

        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:        6/2/2020


                                        _____
                                        UNITES STATES MAGISTRATE JUDGE
                                              PAUL L. ABRAMS
```